USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY G. DELPRIORA,

                      Plaintiff,                    18-CV-10457 (CM) (KHP)

      -against-                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Pursuant to this Court's Order dated October 23, 2019, the parties' joint stipulation was due on **November 13, 2019**. (Doc. No. 21.) To the extent the parties intend to file a joint stipulation, such stipulation must be filed by no later than **November 27, 2019**. In the alternative, if the parties have settled this case, they should inform the Court and file a proposed stipulation of remand by no later than **November 27, 2019**. No further extensions will be granted absent good cause.

      **SO ORDERED**.

Dated: November 15, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge