**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARY G. DELPRIORA,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

18 **CIVIL** 10457 (CM)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 26, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff the opportunity for a hearing, evaluating the opinion of the treating sources as required by the regulations, and providing a de novo decision in the case in accordance with the Commissioner's rules and regulations, and pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
          November 27, 2019

                                              **RUBY J. KRAJICK**
                                                 Clerk of Court

                BY:
                                                    **Deputy Clerk**