UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY G. DELPRIORA,

                Plaintiff,                18 **CIVIL** 10457 (CM) (KHP)

    -against-                           **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCAIL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated September 9, 2021, The Court accepts the Report and adopts it as my opinion. The motion for additional fees (Docket. # 31) is GRANTED. Judgment is entered for plaintiff in the amount of $33,444.72, payable as attorney's fees to counsel for plaintiff.

**Dated:**  New York, New York
          September 10, 2021

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                      **BY:**
                                            **Deputy Clerk**